UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Norman Aubin & Holly Aubin,** | : | Civil Action No. |
| Plaintiffs, | : | 3:07-cv-00302(MRK) |
| | : | |
| v. | : | |
| | : | |
| **Residential Funding Company, LLC** | : | |
| **And Fremont Investment & Loan** | : | |
| Defendants. | : | MAY 19, 2010 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Norman Aubin and Holly Aubin, through their attorney, the defendants, Residential Funding Company, LLC and Fremont Investment & Loan, through their attorney, and the third party defendant, Martineau and Manning, through its attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.  The state court foreclosure is proceeding to judgment in accordance with the agreement of the parties.

**Plaintiffs, Norman Aubin and Holly Aubin**

By/s/Daniel S. Blinn
Daniel S. Blinn  (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT  06067
(860) 571-0408
Fax: (860) 571-7457
dblinn@consumerlawgroup.com

**Defendants**, **Residential Funding Company, LLC and Remont Investment & Loan**


By /s/ Geoffrey K. Milne
Geoffrey K. Milne (ct12854)
Hunt Leibert & Jacobson
50 Weston Street
Hartford, CT 06120
860-240-9140
gmilne@huntleibert.com


**Third Party Defendant**, **Martineau & Manning**


By /s/ Paul E. Pollock
Paul E. Pollock (ct04207)
Bai Pollock, Blueweiss & Mulcahey, P.C.
One Corporate Drive
Shelton, CT 06486
203-925-8100
ppollock@baipollock.com


## CERTIFICATION

I hereby certify that on this 19th day of May, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn